

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 8 2019
CENTRAL DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2019 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 19CR00390-DSF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1344(2): Bank Fraud] |
| STEPHEN SESSIONS, | |
| Defendant. | |

The Grand Jury charges:

### COUNTS ONE THROUGH SEVEN
### [18 U.S.C. § 1344(2)]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1. Comerica Bank and Trust, National Association ("Comerica") was a financial institution insured by the Federal Deposit Insurance Corporation.

2. Defendant STEPHEN SESSIONS was the sole owner of Comerica checking account ending in 1739.

B. <u>SCHEME TO DEFRAUD</u>

3. Beginning on an unknown date, but no later than on or about December 14, 2016, and continuing through at least on or about January 25, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant SESSIONS, together with others known and unknown to the Grand Jury, knowingly and with the intent to defraud, executed a scheme to obtain moneys, funds, credits, assets, and other property owned by and in the custody and control of Comerica by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

4. The fraudulent scheme operated, in substance, in the following manner:

    a. Defendant SESSIONS would open Comerica checking account ending in 1739.

    b. Co-schemers would obtain United States Treasury tax refund checks issued to various victims and alter those checks such that defendant SESSIONS's name and address were inserted as the payee.

    c. Co-schemers would deposit the altered checks into defendant SESSIONS's Comerica checking account ending in 1739 without the victims' permission or knowledge.

    d. Defendant SESSIONS would then withdraw money from Comerica checking account ending in 1739. In doing so, defendant SESSIONS falsely represented to Comerica that he was entitled to the money from the fraudulently altered checks, and concealed from Comerica that he was not the authorized payee of those checks.

C. EXECUTION OF THE FRAUDULENT SCHEME

5. On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant SESSIONS committed the following acts, each of which constituted an execution of the fraudulent scheme:

| COUNT | DATE | EXECUTION |
|---|---|---|
| ONE | 12/20/2016 | Withdrew $1,556 from Comerica checking account ending in 1739 at a Comerica branch in Los Angeles, California. |
| TWO | 12/27/2016 | Withdrew $200 from Comerica checking account ending in 1739 at a Comerica branch in Los Angeles, California. |
| THREE | 12/28/2016 | Withdrew $1,640 from Comerica checking account ending in 1739 at a Comerica branch in Los Angeles, California. |
| FOUR | 01/03/2017 | Withdrew $3,850 from Comerica checking account ending in 1739 at a Comerica branch in Los Angeles, California. |
| FIVE | 01/11/2017 | Withdrew $6,500 from Comerica checking account ending in 1739 at a Comerica branch in El Segundo, California. |
| SIX | 01/18/2017 | Withdrew $200 from Comerica checking account ending in 1739 at a Comerica branch in Los Angeles, California. |

///

///

3

| COUNT | DATE | EXECUTION |
|---|---|---|
| SEVEN | 01/24/2017 | Withdrew $200 from Comerica checking account ending in 1739 at a Comerica branch in El Segundo, California. |

A TRUE BILL

/s/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
Section

BRITTNEY M. HARRIS
Assistant United States Attorney
International Narcotics, Money
Laundering, and Racketeering
Section

4